IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br>    Plaintiff,<br><br>v.<br><br>HMD GLOBAL and HMD GLOBAL OY,<br>    Defendants. | § § § § § § § § § § § | CASE NO. 6:23-cv-759<br><br>JURY TRIAL |

## NOTICE OF RELATED CASE

This case is related to the following case:

6:22-cv-1273-ADA-DTG    *Sovereign Peak Ventures, LLC v. TP-Link Corporation Limited.*

Dated:  November 9, 2023              Respectfully submitted,

**CONNOR LEE & SHUMAKER PLLC**

By: _____
Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
Jennifer Tatum Lee
Jennifer@CLandS.com
Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069

609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile