# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, <br>    Plaintiff, <br><br> v. <br><br> HMD GLOBAL and HMD GLOBAL OY, <br>    Defendants. | § § § § § § § § § § § <br><br> CASE NO. 6:23-cv-759 <br><br> JURY TRIAL |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Sovereign Peak Ventures, LLC ("SPV") by and through its undersigned attorney, states as follows: SPV is a wholly-owned subsidiary of Monument Patent Holdings, LLC, which is itself a wholly-owned subsidiary of Dominion Harbor Enterprises, LLC.

There are no publicly held entities that own ten percent or more of SPV's stock.

Dated: November 9, 2023

Respectfully submitted,

CONNOR LEE & SHUMAKER PLLC

By: /s/ Cabrach Connor
Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
Jennifer Tatum Lee
Jennifer@CLandS.com

                                        Texas Bar No. 24046950
                                        John M. Shumaker
                                        John@CLandS.com
                                        Texas Bar No. 24033069

                                        609 Castle Ridge Road, Suite 450
                                        Austin, Texas 78746
                                        512.646.2060 Telephone
                                        888.387.1134 Facsimile