

November 30, 2023

**VIA FEDERAL EXPRESS**
United States District Court Clerk
United States District Courthouse
800 Franklin Avenue, Room 380
Waco, Texas 76701

**RECEIVED**
December 01, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____CV_____
DEPUTY

Re: Case No. 6:23-cv-759-ADA, *Sovereign Peak Ventures, LLC v. HMD Global and HMD Global Oy*, In the United States District Court – Western District of Texas.

Dear United States District Court Clerk:

Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2) please find for service upon Defendants a pre-paid and labeled Federal Express envelope with service papers.

Please send the Federal Express envelope to the Defendants pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii). Please reach out with any concerns or questions.

Thank you.

Very truly yours,

Cabrach J. Connor

CJC/jy

Enclosures

609 Castle Ridge Road, Suite 450, Austin, Texas 78746        512.777.1254        www.CLandS.com

```
ORIGIN ID:ACTA    (254) 750-1580          SHIP DATE: 08DEC23
UNITED STATES DISTRICT COURT CLERK        ACTWGT: 1.00 LB
UNITED STATES DISTRICT COURTHOUSE         CAD: 112953699/INET4535
800 FRANKLIN AVENUE
ROOM 380
WACO, TX 76701 US                         BILL SENDER
SIGN: UNITED STATES DISTIC                NO EEI 30.37(a)
```

TO **OFFICER OR AGENT**
**HMD GLOBAL AND HMD GLOBAL OY**
**BERTEL JUNGIN AUKIO 9**

ESPOO  02600                                (FI)
3582020453892
REF:
INV:
PO:                              DEPT:



TRK# 7743 0351 1570                A4
0430                        INTL ECONOMY
                                   ETD
S6 HELB                         02600
                              -FI  HEL



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipment by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, then governs and in most cases limits FedEx's liability for damage, loss or delay of your shipment. For shipments in the U.S., liability is limited to $9.07 per pound ($20 per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provisions of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms and conditions of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the applicable tariff. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or the equivalent to determine the contractual limitation. FedEx does not provide cargo liability or adjusts insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency) of value declared in excess of $100 or the minimum declared value for carriage, if higher. FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this Agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strikes, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery receipt, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packaging must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA is the first carrier of this shipment. Email address located at www.fedex.com

Pickup

| | | | |
|---|---|---|---|
| **FedEx Pickup Confirmation—FedEx Express ACTA3064** | | | |
| Country/Territory | **United States** | **FedEx Express** | **Confirmation no. ACTA3064** |
| Company | **US DISTRICT CLERKS OFFICE** | Pickup date | **12/04/2023** |
| | | Total no. of packages | **1** |
| Contact name | **Cindy Vega** | Total weight | **2.00 lbs** |
| Address 1 | **800 Franklin Avenue** | Pickup time | **10:30am - 4:00pm** |
| Address 2 | **Room 380** | | |
| City | **Waco** | | |
| State | **Texas** | | |
| ZIP | **76701** | | |
| Phone no. | **2547501509** | | |
| Sender e-mail | **Cindy_Vega@txwd.uscourts.gov** | | |