IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br>　　Plaintiff,<br><br>v.<br><br>HMD GLOBAL and HMD GLOBAL OY,<br>　　Defendants. | §<br>§<br>§<br>§  CASE NO. 6:23-cv-759-ADA<br>§<br>§<br>§  JURY TRIAL<br>§<br>§ |

**NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Having conferred, the parties agreed to a forty-five day extension of time to respond to Plaintiff's complaint, from January 2, 2024 to **February 16, 2024**.

Dated:  December 29, 2023

Respectfully submitted,

**CONNOR LEE & SHUMAKER PLLC**

By: _/s/ Cabrach Connor_
　　Cabrach J. Connor
　　Cab@CLandS.com
　　Texas Bar No. 24036390
　　Jennifer Tatum Lee
　　Jennifer@CLandS.com
　　Texas Bar No. 24046950
　　John M. Shumaker
　　John@CLandS.com
　　Texas Bar No. 24033069

　　609 Castle Ridge Road, Suite 450
　　Austin, Texas 78746

> 512.646.2060 Telephone
> 888.387.1134 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, I caused the foregoing Unopposed Motion for Extension of Time to be served by electronic mail on the following:

Valerie Barker
Slayden Grubert Beard PLLC
401 Congress Avenue, Suite 1650
Austin, Teas 78701
vbarker@sgbfirm.com

> */s/ Cabrach J. Connor*
> Cabrach J. Connor