IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** § § § § § § § § § § | | **Case No. 6:23-cv- 759-ADA** |
| Plaintiff, | | **JURY TRIAL** |
| v. | | |
| **HMD GLOBAL and HMD GLOBAL OY,** | | |
| Defendant. | | |

### NOTICE OF APPEARANCE – BRIAN C. BANNER

Defendant HMD Global Oy hereby notifies the Court that Brian C. Banner of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3569, Facsimile: 512.402.6865, E-mail: bbanner@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Banner requests that future filings and court notifications be served on him at the e-mail address indicated above.

Respectfully submitted,

Dated: February 16, 2024

*/s/ Brian C. Banner*
Brian C. Banner
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3569
Fax: 512.402.6865
Email: bbanner@sgbfirm.com

*Counsel for Defendants HMD GLOBAL OY*

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on February 16, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                            */s/   Brian C. Banner*
                                                 Brian C. Banner