IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § § § § § § § § § § | Case No. 6:23-cv- 759-ADA |
| Plaintiff, | | |
| v. | | JURY TRIAL |
| HMD GLOBAL and HMD GLOBAL OY, | | |
| Defendant. | | |

## NOTICE OF APPEARANCE – VALERIE BARKER

Defendant HMD Global Oy hereby notifies the Court that Valerie Barker of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.5219, Facsimile: 512.402.6865, E-mail: vbarker@sgbfirm.com) has entered this action as counsel for Defendant. Ms. Barker requests that future filings and court notifications be served on her at the e-mail address indicated above.

Respectfully submitted,

Dated: February 16, 2024

*/s/ Valerie Barker*
Valerie Barker
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.5219
Fax: 512.402.6865
Email: vbarker@sgbfirm.com

*Counsel for Defendant HMD GLOBAL OY*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on February 16, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/   *Valerie Barker*
Valerie Barker