IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, <br><br>Plaintiff, <br><br>v. <br><br>HMD GLOBAL and HMD GLOBAL OY, <br><br>Defendant. | § § § § § § § § § § § § § Case No. 6:23-cv-759 <br><br>JURY TRIAL DEMANDED |

## RULE 7.1 DISCLOSURE STATEMENT
## OF DEFENDANT HMD GLOBAL OY

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant HMD Global Oy makes this corporate disclosure statement: HMD Global Oy has no parent corporation. No publicly held corporation directly owns 10% or more of HMD Global Oy's stock. HMD Global Oy is not aware of any publicly held corporation indirectly owning 10% or more of its stock.

Date:  February 16, 2024

Respectfully submitted,

 /s/ Valerie Barker
Brian Banner (Texas Bar No. 24059416)
Valerie Barker (Texas Bar No. 24087141)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
+1 (512) 402-3569
+1 (512) 402-6865 facsimile

Matthew S. Warren (California Bar No. 230565)
Erika H. Warren (California Bar No. 295570)
Francesca M. S. Germinario
(California Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114

+1 (415) 895-2940
+1 (415) 895-2964 facsimile
23-759@cases.warrenlex.com

*Attorneys for Defendant HMD Global Oy*

## CERTIFICATE OF SERVICE

I certify that on February 16, 2024, I filed the foregoing document under Local Rule CV-5(a)(7) and served it on counsel of record through the Court's electronic filing system.

*/s/ Valerie Barker*
Valerie Barker

– 1 –