IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, § § § Plaintiff, § § v. § § HMD GLOBAL and HMD § GLOBAL OY, § § Defendant. § § | Case No. 6:23-cv-759 JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Defendant HMD Global Oy hereby notifies the Court that Matthew S. Warren of the law firm Warren Kash Warren LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, 23-759@cases.warrenlex.com, is counsel for defendant.  HMD Global Oy requests that all pleadings, discovery, correspondence and other material be served on Mr. Warren.

Date:   February 21, 2024

Respectfully submitted,

_____
Matthew S. Warren (California Bar No. 230565)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
23-759@cases.warrenlex.com

*Attorney for Defendant HMD Global Oy*

## CERTIFICATE OF SERVICE

    I certify that on February 21, 2024, I filed the foregoing document under Local Rule CV-5(a)(7) and served it on counsel of record through the Court's electronic filing system.

                                                                              Matthew S. Warren