IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** | § § § § | |
| *Plaintiff*, | § § | CASE NO. 6:23-cv-759-ADA |
| v. | § § § | |
| **HMD GLOBAL and HMD GLOBAL OY,** | § § § § | JURY TRIAL |
| *Defendant*. | § | |

## CASE READINESS STATUS REPORT

Plaintiff Sovereign Peak Ventures, LLC ("SPV") and Defendant HMD Global Oy ("Defendant") hereby jointly provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

## FILINGS AND EXTENSIONS

Plaintiff filed its Original Complaint against Defendant on November 9, 2023. Defendant took one forty-five-day extension by agreement of the parties. ECF No. 8.

## RESPONSE TO COMPLAINT

On February 16, 2024, Defendant filed its answer and defenses to the complaint.

## PENDING MOTIONS

There are no pending motions.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff asserts 20 claims of United States Patent No. 8,902,871 (the "'871 Patent"); 9,357,441 (the "'441 Patent"); 9,620,282 (the "'282 Patent"); 10,039,144 (the "'144 Patent"); and 10,468,913 (the "'913 Patent").

## APPOINTMENT OF TECHNICAL ADVISOR

SPV does not believe a technical advisor is necessary to assist the Court with claim construction or with other technical issues.

## MEET AND CONFER STATUS

The parties met and conferred on February 22, 2024 and have no pre-Markman issues to raise at the CMC.

Date:   February 23, 2024                Respectfully submitted,

/s/ Valerie Barker                       /s/ Cabrach J. Connor

| | |
|---|---|
| Brian Banner (Texas Bar No. 24059416) | Cabrach J. Connor |
| Valerie Barker (Texas Bar No. 24087141) | cab@clands.com |
| SLAYDEN GRUBERT BEARD PLLC | Texas Bar No. 24036390 |
| 401 Congress Ave., Suite 1650 | Jennifer Tatum Lee |
| Austin, Texas 78701 | jennifer@clands.com |
| +1 (512) 402-3569 | Texas Bar No. 24046950 |
| +1 (512) 402-6865 facsimile | John M. Shumaker |
| | john@clands.com |
| Matthew S. Warren | Texas Bar No. 24033069 |
| (California Bar No. 230565) | **Connor Lee & Shumaker PLLC** |

Erika H. Warren (California Bar No. 295570)
Francesca M. S. Germinario (California Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
23-759@cases.warrenlex.com

***Attorneys for Defendant
HMD Global Oy***

609 Castle Ridge Road, Suite 450
Austin, Texas 7874
512.646.2060 Telephone
888.387.1134 Facsimile

***Counsel for Plaintiff Sovereign Peak Ventures, LLC***

## CERTIFICATE OF SERVICE

I certify that on February 23, 2024, I caused the foregoing Case Readiness Status Report to be served by electronic mail on all counsel of record.

/s/ Cabrach J. Connor
Cabrach J. Connor