# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,**<br><br>   Plaintiff,<br><br> v.<br><br>**HMD GLOBAL and HMD GLOBAL OY,**<br><br>   Defendant, | Civil Action No. 6:23-cv-759-ADA<br><br>JURY TRIAL |

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

 Plaintiff Sovereign Peak Ventures, LLC and Defendant HMD Global Oy respectfully submit the attached Proposed Scheduling Order for entry in the above-captioned case. The parties have agreed to the terms of the Proposed Scheduling Order and move for entry of the Scheduling Order.

 The Proposed Scheduling Order is attached hereto as Exhibit A.

 Dated:  March 22, 2024       Respectfully submitted,

| | |
|---|---|
| /s/ *Erika H. Warren* | /s/ *Cabrach J. Connor* |
| Brian Banner (Texas Bar No. 24059416)<br>Valerie Barker (Texas Bar No. 24087141)<br>SLAYDEN GRUBERT BEARD PLLC<br>401 Congress Ave., Suite 1650<br>Austin, Texas 78701<br>+1 (512) 402-3569<br>+1 (512) 402-6865 facsimile | Cabrach J. Connor<br>cab@clands.com<br>Texas Bar No. 24036390<br>Jennifer Tatum Lee<br>jennifer@clands.com<br>Texas Bar No. 24046950<br>John M. Shumaker |

Matthew S. Warren
(California Bar No. 230565)
Erika H. Warren
(California Bar No. 295570)
Francesca M. S. Germinario
(California Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
23-759@cases.warrenlex.com

*Attorneys for Defendant
HMD Global Oy*

john@clands.com
Texas Bar No. 24033069
**Connor Lee & Shumaker PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 7874
512.646.2060 Telephone
888.387.1134 Facsimile

*Counsel for Plaintiff Sovereign Peak Ventures, LLC*

# CERTIFICATE OF SERVICE

I certify that on March 22, 2024, I caused the foregoing Joint Motion for Entry of Proposed Scheduling Order to be served by electronic mail on all counsel of record.

>  */s/ Cabrach J. Connor*
>  Cabrach J. Connor