IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 6:23-cv-759 |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL and HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**ADDITIONAL EXHIBITS TO SEALED DKT. 18**

Attached are non-confidential exhibits to sealed Dkt. 18.