IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES LLC | § § § | |
| Plaintiff, | § § | Case No. 6:23-cv-759 |
| v. | § § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**DECLARATION OF FRANCESCA GERMINARIO IN SUPPORT OF
MOTION TO TRANSFER OF HMD GLOBAL OY
UNDER 28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF FLORIDA**

I, Francesca Miki Shima Germinario, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and am an attorney at the law firm of Warren Kash Warren LLP, counsel for HMD Global Oy. I am over the age of 18, have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Plaintiff Sovereign Peak Ventures LLC served HMD Global Oy with its preliminary infringement contentions on January 18, 2024. The contentions assert that the "Nokia 7.2, 7.1, 6.1, and Nokia 9 PureView" infringe the '871, '441, and '144 patents and that the "Nokia XR20 and Nokia 8 Sirocco" infringe the '282 and '913 patents.

3. Attached hereto as Exhibit A is a true and correct copy of HMD Global Oy's corporate registration as retrieved from the Finnish Patent and Registration Office at https://tietopalvelu.ytj.fi/yritys/2724044-2, which I accessed on March 28, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the web page https://www.txed.uscourts.gov/?q=court-locator, which I accessed on March 28, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of a business organization inquiry for "Sovereign Peak Ventures LLC" to the Texas Secretary of State.

6. Attached hereto as Exhibit D is a true and correct copy of the Google Maps result for "812 W McDermott Dr," available at https://www.google.com/maps/place/812+W+McDermott+Dr+%231069,+Allen,+TX+75013/, which I accessed on March 28, 2024.

7. Attached hereto as Exhibit E is a true and correct copy of a business organization inquiry for "Dominion Harbor Group, LLC" to the Texas Secretary of State.

8. Attached hereto as Exhibit F is a true and correct copy of the web page https://www.tracfonewirelessinc.com/en/talk-to-us/, which I accessed on March 28, 2024.

9. Attached hereto as Exhibit G is a true and correct copy of the web page https://legacy-assignments.uspto.gov/assignments/assignment-pat-48268-916.pdf, which I accessed on March 28, 2024, and annotated with highlighting at Reel 048268 Frame 0916.

10. Attached hereto as Exhibit H is a true and correct copy of the web page https://legacy-assignments.uspto.gov/assignments/assignment-pat-48830-154.pdf, which I accessed on March 28, 2024, and annotated with highlighting at Reel 048830 Frame 0154.

11. Attached hereto as Exhibit I is a true and correct copy of the web page https://legacy-assignments.uspto.gov/assignments/assignment-pat-48846-41.pdf, which I accessed on March 28, 2024, and annotated with highlighting at Reel 048846 Frame 0043.

13. Attached hereto as Exhibit J is a true and correct copy of excerpts of Patent No. 8,902,871, Patent No. 9,357,441, Patent No. 9,620,282, Patent No. 10,039,144, and Patent No. 10,468,913, which I annotated with highlighting.

14. Attached hereto as Exhibit K are true and correct copies of the web pages https://patentcenter.uspto.gov/applications/13607931/attorney?application=, https://patentcenter.uspto.gov/applications/14747164/attorney?application=, https://patentcenter.uspto.gov/applications/13983617/attorney?application=, https://patentcenter.uspto.gov/applications/15142258/attorney?application=, and https://patentcenter.uspto.gov/applications/16055852/attorney?application=, which I accessed on March 28, 2024.

15. Attached hereto as Exhibit L is a true and correct copy of the web page https://fccid.io/2AJOTTA-1542/Attestation-Statements/Attestation-Statements-US-agent-for-service-of-process-6424256.pdf, which I accessed on March 28, 2024.

16. Attached hereto as Exhibit M is a true and correct copy of an excerpt of https://www.uscourts.gov/sites/default/files/fcms_na_distcomparison1231.2023.pdf, which I accessed on March 28, 2024, and annotated with highlighting.

17. Although no protective order has yet been entered in this action, the concurrently filed Declaration of Sergio Serafin in Support of HMD Global Oy's Motion to Transfer Venue Under 28 U.S.C. § 1404(a), dated March 20, 2024, contains information designated "Confidential – Outside Attorneys' Eyes Only" under the Court's Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions; HMD Global Oy accordingly files it under seal.

18. Although no protective order has yet been entered in this action, the concurrently filed Declaration of Jacqueline Kates in Support of HMD Global Oy's Motion to Transfer Venue Under 28 U.S.C. § 1404(a), dated March 15, 2024, contains information designated "Confidential – Outside Attorneys' Eyes Only" under the Court's Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions; HMD Global Oy accordingly files it under seal.

19. Although no protective order has yet been entered in this action, the concurrently filed Declaration of Dr. Reza Serafat in Support of HMD Global Oy's Motion to Transfer Venue Under 28 U.S.C. § 1404(a), dated March 13, 2024, contains information designated "Confidential – Outside Attorneys' Eyes Only" under the Court's Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions; HMD Global Oy accordingly files it under seal.

20. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2024 in San Francisco, California.

_____
Francesca Miki Shima Germinario