# EXHIBIT A

Case 6:23-cv-00759-ADA   Document 19-3   Filed 03/28/24   Page 1 of 3

Suomeksi | På svenska | In English

Virre › Register searches › Company search

**Basic details** →

Company names →

Lines of business →

**Search for other company details**

Registered financial statements 🔍

Notifications from the company 🔍

← Go back

## Company information

| Name | HMD Global Oy | 16.11.2021 | ⊕ |
|---|---|---|---|
| Business ID | 2724044-2 | | |
| Registered office | Helsinki | 17.11.2015 | |
| Company type | Limited company | 17.11.2015 | |
| Language of company | Finnish | | |
| Date and time of registration | 17.11.2015 | | |
| Last date and time of registration | 23.10.2023 | 23.10.2023 | |
| Company information recorded as of | 17.11.2015 | | |
| Status of company | In the register | 17.11.2015 | |
| The company has enterprise mortgages | No | | |
| Details about beneficial owners are available for the company | Yes | 23.10.2023 | |
| Contact details | | 01.10.2018 | |
| Postal address | Bertel Jungin aukio 9 02600 Espoo Finland | | |
| Street address | Bertel Jungin aukio 9 02600 Espoo Finland | | |

🛒

**Open a Trade Register extract free of charge or buy other documents.**

Organisation rules are articles of association, partnership agreements, by-laws or rules according to company form.

The content of a translated extract is shorter than a normal Trade Register extract, because the line of business, for example, cannot be automatically translated.

| Open a Trade Register extract free of charge 📄 |
|---|
| Buy translated register extract in English 🛒 |
| Buy rules 🛒 |

**PRH**

**Finnish Patent and Registration Office**
Finnish Patent and Registration Office

ℹ️ **Latest information update:**
Trade register: 13.03.2024 22:50:04
Register of enterprise mortgages: 13.03.2024 22:50:04
Register of foundations: 13.03.2024 16:01:15
Build: 83.0.0.3, PROD2

