# EXHIBIT B

Skip to main content
Contact Us
Subscribe



Court Information
United States Court Sites
Judges
Rules & Orders
Filing
Resources
FAQs
Attorneys
Jurors
Pro Se
Forms