# EXHIBIT D

Google Maps  812 W McDermott Dr #1069



Map data ©2024 Google    200 ft



## 812 W McDermott Dr #1069

 Directions    Save    Nearby    Send to phone    Share

 812 W McDermott Dr #1069, Allen, TX 75013

### Photos