# EXHIBIT E

# TEXAS SECRETARY of STATE
# JANE NELSON

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY |
|---|

| **Filing Number:** | 801875248 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 30, 2013 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32052369652 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Dominion Harbor Group, LLC | | |
| **Address:** | 200 CRESCENT CT STE 1550 DALLAS, TX 75201 USA | | |

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| DelGiorno IP Law, PLLC | 941 Marie Drive Allen, TX 75013 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.