# EXHIBIT F

Español



Home    About TracFone    Brands    **Talk to Us**    News Room

## Talk to Us

If you need support regarding a TracFone Wireless, Inc. product or service, are interested in becoming a partner or need to reach our corporate office, please reach out to the following departments as follows:

### Corporate Contact

TracFone Wireless, Inc.
9700 N.W. 112th Avenue
Miami, FL 33178
media@tracfone.com

### Support by Brand

**Straight Talk Wireless**
Support: 1-877-430-CELL (2355)
SIM Customers: 1-855-222-CELL (2355)
Home Phone: 1-800-299-7784

[Straight Talk Wireless on Facebook] | [Straight Talk Wireless Forum Support]

**Tracfone**
Support: 1-800-867-7183

[Tracfone on Facebook] | [Tracfone Forum Support]

**SIMPLE Mobile**
Support: 1-877-878-7908

[SIMPLE Mobile on Facebook]

**Total by Verizon**
Support: 1-866-663-3633

[Total by Verizon on Facebook] | [Total by Verizon on Twitter]

**SafeLink Wireless**
Enrollment and Plan Changes Support: 1-800-723-3546
Technical Support ONLY: 1-800-378-1684

**Walmart Family Mobile**

[Walmart Family Mobile on Facebook]

**NET10 Wireless**
Support: 1-877-836-2368
SIM Customers: 1-855-333-CELL (2355)

[Net10 on Facebook] | [Net10 on Facebook (Spanish)] | [Net10 Forum Support]

**Page Plus Cellular**
Support: 1-800-550-2436

[Page Plus on Facebook]

**GoSmart Mobile**
Support: 1-877-582-7788

[GoSmart Mobile on Facebook]

**Clearway Wireless**
Support: 1-844-442-5327

America's largest prepaid, no-contract wireless service provider.

### Site Map

About TracFone
    Verizon Acquisition
Brands
Lifeline Program
Verizon Migration
News Room
Careers

### Brands

Straight Talk Wireless
English | Spanish

SIMPLE Mobile
English | Spanish

SafeLink Wireless
English | Spanish

NET10 Wireless
English | Spanish

GoSmart Mobile
English | Spanish

Tracfone
English | Spanish

Total by Verizon
English | Spanish

Walmart Family Mobile
English | Spanish

Page Plus Cellular
English

Clearway Wireless
English

### Contact

TracFone Wireless, Inc.
9700 N.W. 112th Avenue
Miami, FL 33178

media@tracfone.com

Lifeline Program Information
1-800-723-3546 (SafeLink)
1-800-973-9716 (MyFamilyMobile)

Verizon Migration Program Information
1-888-899-8789 (California)
1-866-667-6437 (Non-California)

### Policies & Notices

Privacy Policy
California Privacy Notice
Unlocking Policy
CA Prepaid Wireless Charges
Code of Conduct

TRACFONE®, NET10®, STRAIGHT TALK®, SIMPLE MOBILE®, Total by Verizon®, PAGE PLUS and SAFELINK WIRELESS® are registered trademarks of TracFone Wireless Inc., a Verizon company.  All other trademarks, service marks, and trade names referenced in this site are the property of their respective owners. View our Privacy Policy.