# EXHIBIT I

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    EPAS ID: PAT5467110
Stylesheet Version v1.2

| SUBMISSION TYPE: | CORRECTIVE ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment to correct the ASSIGNEE ADDRESS previously recorded on Reel 048829 Frame 0921. Assignor(s) hereby confirms the ADDRESS SHOULD BE CORRECTED FROM "CALIFORNIA" TO --TEXAS--. |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| PANASONIC CORPORATION | 03/08/2019 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SOVEREIGN PEAK VENTURES, LLC |
| Street Address: | 1400 PRESTON ROAD |
| Internal Address: | SUITE 400 |
| City: | PLANO |
| State/Country: | TEXAS |
| Postal Code: | 75093 |

### PROPERTY NUMBERS Total: 62

| Property Type | Number |
|---|---|
| Patent Number: | 5884257 |
| Patent Number: | 6310625 |
| Patent Number: | 6253181 |
| Patent Number: | 6631346 |
| Patent Number: | 6639986 |
| Patent Number: | 6370316 |
| Patent Number: | 6778756 |
| Patent Number: | 6792470 |
| Patent Number: | 6765504 |
| Patent Number: | 7016840 |
| Patent Number: | 6731759 |
| Patent Number: | 6961632 |
| Patent Number: | 6895257 |
| Patent Number: | 7069214 |
| Patent Number: | 6687672 |
| Patent Number: | 6828971 |
| Patent Number: | 6879954 |

| Property Type | Number |
|---|---|
| Patent Number: | 7064652 |
| Patent Number: | 7240007 |
| Patent Number: | 7698138 |
| Patent Number: | 6920957 |
| Patent Number: | 6877038 |
| Patent Number: | 7328154 |
| Patent Number: | 7596499 |
| Patent Number: | 7844045 |
| Patent Number: | 7454339 |
| Patent Number: | 7729908 |
| Patent Number: | 7729909 |
| Patent Number: | 7536303 |
| Patent Number: | 7974431 |
| Patent Number: | 7991181 |
| Patent Number: | 7809560 |
| Patent Number: | 8243935 |
| Patent Number: | 8170869 |
| Patent Number: | 8049764 |
| Patent Number: | 7854295 |
| Patent Number: | 8335336 |
| Patent Number: | 8666728 |
| Patent Number: | 8188969 |
| Patent Number: | 8552684 |
| Patent Number: | 8547058 |
| Patent Number: | 8451219 |
| Patent Number: | 9240194 |
| Patent Number: | 9147392 |
| Patent Number: | 9565794 |
| Patent Number: | 8729855 |
| Patent Number: | 8928278 |
| Patent Number: | 8963490 |
| Patent Number: | 9306411 |
| Patent Number: | 9325197 |
| Patent Number: | 9859720 |
| Patent Number: | 9954396 |
| Patent Number: | 9899863 |
| Patent Number: | 10044225 |
| Patent Number: | 10003219 |

| Property Type | Number |
|---|---|
| Application Number: | 11068751 |
| Application Number: | 12869238 |
| Application Number: | 13001775 |
| Application Number: | 13038075 |
| Application Number: | 15782682 |
| Application Number: | 16055852 |
| Application Number: | 60659052 |

**CORRESPONDENCE DATA**

**Fax Number:** (408)773-6177

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 866-877-4883

**Email:** patents@ascendalaw.com

**Correspondent Name:** ASCENDA LAW GROUP

**Address Line 1:** 333 W. SAN CARLOS ST.

**Address Line 2:** SUITE 200

**Address Line 4:** SAN JOSE, CALIFORNIA 95110

| ATTORNEY DOCKET NUMBER: | 5109-SOV |
|---|---|
| NAME OF SUBMITTER: | TAREK N. FAHMI |
| SIGNATURE: | /Tarek N. Fahmi/ |
| DATE SIGNED: | 04/10/2019 |

**Total Attachments: 25**

source=2019-04-09_PC_EPAS_AckReceipt#page1.tif
source=2019-04-09_PC_EPAS_AckReceipt#page2.tif
source=2019-04-09_PC_EPAS_AckReceipt#page3.tif
source=2019-04-09_PC_EPAS_AckReceipt#page4.tif
source=PC_Assignment#page1.tif
source=PC_Assignment#page2.tif
source=PC_Assignment#page3.tif
source=PC_Assignment#page4.tif
source=PC_Assignment#page5.tif
source=PC_Assignment#page6.tif
source=PC_Assignment#page7.tif
source=PC_Assignment#page8.tif
source=PC_Assignment#page9.tif
source=PC_Assignment#page10.tif
source=PC_Assignment#page11.tif
source=PC_Assignment#page12.tif
source=PC_Assignment#page13.tif
source=PC_Assignment#page14.tif
source=PC_Assignment#page15.tif
source=PC_Assignment#page16.tif

source=PC_Assignment#page17.tif
source=PC_Assignment#page18.tif
source=PC_Assignment#page19.tif
source=PC_Assignment#page20.tif
source=PC_Assignment#page21.tif

**PATENT**
**REEL: 048846 FRAME: 0044**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
| --- | --- |
| PANASONIC CORPORATION | 03/08/2019 |

**RECEIVING PARTY DATA**

| | |
| --- | --- |
| Name: | SOVEREIGN PEAK VENTURES, LLC |
| Street Address: | 1400 PRESTON ROAD |
| Internal Address: | SUITE 400 |
| City: | PLANO |
| State/Country: | CALIFORNIA |
| Postal Code: | 75093 |

**PROPERTY NUMBERS  Total:  62**

| Property Type | Number |
| --- | --- |
| Patent Number: | 5884257 |
| Patent Number: | 6310625 |
| Patent Number: | 6253181 |
| Patent Number: | 6631346 |
| Patent Number: | 6639986 |
| Patent Number: | 6370316 |
| Patent Number: | 6778756 |
| Patent Number: | 6792470 |
| Patent Number: | 6765504 |
| Patent Number: | 7016840 |
| Patent Number: | 6731759 |
| Patent Number: | 6961632 |

**PATENT
REEL: 048846 FRAME: 0045**

| Patent Number: | 6895257 |
|---|---|
| Patent Number: | 7069214 |
| Patent Number: | 6687672 |
| Patent Number: | 6828971 |
| Patent Number: | 6879954 |
| Patent Number: | 7064652 |
| Patent Number: | 7240007 |
| Patent Number: | 7698138 |
| Patent Number: | 6920957 |
| Patent Number: | 6877038 |
| Patent Number: | 7328154 |
| Patent Number: | 7596499 |
| Patent Number: | 7844045 |
| Patent Number: | 7454339 |
| Patent Number: | 7729908 |
| Patent Number: | 7729909 |
| Patent Number: | 7536303 |
| Patent Number: | 7974431 |
| Patent Number: | 7991181 |
| Patent Number: | 7809560 |
| Patent Number: | 8243935 |
| Patent Number: | 8170869 |
| Patent Number: | 8049764 |
| Patent Number: | 7854295 |
| Patent Number: | 8335336 |
| Patent Number: | 8666728 |
| Patent Number: | 8188969 |
| Patent Number: | 8552684 |
| Patent Number: | 8547058 |
| Patent Number: | 8451219 |
| Patent Number: | 9240194 |
| Patent Number: | 9147392 |
| Patent Number: | 9565794 |
| Patent Number: | 8729855 |

PATENT
REEL: 048846 FRAME: 0046

| Patent Number: | 8928278 |
| Patent Number: | 8963490 |
| Patent Number: | 9306411 |
| Patent Number: | 9325197 |
| Patent Number: | 9859720 |
| Patent Number: | 9954396 |
| Patent Number: | 9899863 |
| Patent Number: | 10044225 |
| Patent Number: | 10003219 |
| Application Number: | 11068751 |
| Application Number: | 12869238 |
| Application Number: | 13001775 |
| Application Number: | 13038075 |
| Application Number: | 15782682 |
| Application Number: | 16055852 |
| Application Number: | 60659052 |

**CORRESPONDENCE DATA**

| Fax Number: | (408)773-6177 |
| Phone: | 866-877-4883 |
| Email: | patents@ascendalaw.com |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Correspondent Name: | ASCENDA LAW GROUP |
| Address Line 1: | 333 W. SAN CARLOS ST. |
| Address Line 2: | SUITE 200 |
| Address Line 4: | SAN JOSE, CALIFORNIA  95110 |

| ATTORNEY DOCKET NUMBER: | 5109-SOV |
| NAME OF SUBMITTER: | TAREK N. FAHMI |
| Signature: | /Tarek N. Fahmi/ |
| Date: | 04/09/2019 |

**Total Attachments: 21**
source=PC_Assignment#page1.tif
source=PC_Assignment#page2.tif
source=PC_Assignment#page3.tif
source=PC_Assignment#page4.tif
source=PC_Assignment#page5.tif
source=PC_Assignment#page6.tif

**PATENT**
**REEL: 048846 FRAME: 0047**

source=PC_Assignment#page7.tif
source=PC_Assignment#page8.tif
source=PC_Assignment#page9.tif
source=PC_Assignment#page10.tif
source=PC_Assignment#page11.tif
source=PC_Assignment#page12.tif
source=PC_Assignment#page13.tif
source=PC_Assignment#page14.tif
source=PC_Assignment#page15.tif
source=PC_Assignment#page16.tif
source=PC_Assignment#page17.tif
source=PC_Assignment#page18.tif
source=PC_Assignment#page19.tif
source=PC_Assignment#page20.tif
source=PC_Assignment#page21.tif

**RECEIPT INFORMATION**

**EPAS ID:**          PAT5464540
**Receipt Date:**     04/09/2019

**PATENT**
**REEL: 048846 FRAME: 0048**

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is made and entered into this $8th$ day of March, 2019 (the "Effective Date"), by Panasonic Corporation, a Japanese corporation, having an address at 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan ("Assignor") and Sovereign Peak Ventures, LLC, a Texas limited liability corporation having and address at 1400 PRESTON ROAD, SUITE 400 PLANO, TX 75093 ("Assignee").

## RECITALS

A.      Assignor is the owner of (select as appropriate):

☐   the United States Patents set forth on Exhibit A hereto (the "US Patents");

☐   the non-United States patents set forth on Exhibit B hereto (the "Foreign Patents");

☐   the United States patent applications set forth on Exhibit C hereto (the "US Patent Applications");

☐   the United States provisional patent applications set forth on Exhibit D hereto (the "US Provisional Patent Applications"); and/or

☐   the foreign patent applications set forth on Exhibit E hereto (the "Foreign Patent Applications");

which collectively shall be referred to herein as the "Patents".

B.      Assignor and Assignee have agreed by way of a purchase agreement (the "Purchase Agreement") dated March 4, 2019, by and between Assignor and Assignee, the terms of which are incorporated herein by reference, that Assignor shall sell, transfer, and assign and set over unto Assignee and Assignee shall accept, all rights, title and interest in and to the Patents as specified in this Agreement.   In the event of any conflict between the terms of this Patent Assignment Agreement and the referenced Purchase Agreement, the terms of the Purchase Agreement shall prevail,

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing premises, and the covenants and agreements in this Assignment, Assignor and Assignee agree as follows:

1. Assignor does hereby sell, transfer, convey, assign and deliver to Assignee all of Assignor's right, privilege, title and interest in, to and under the Patents and in the case of patent applications in and to any patents that may issue therefrom, including, in all instances, any counterparts of any of the foregoing in any jurisdiction throughout the world, and any and all divisions, continuations, reissues or reexaminations of any of the foregoing, and, further, all applications for industrial property protection, including without limitation, all applications for patents, utility models, copyright, and designs which may hereafter be filed for any inventions described in said Patents in any country or countries, together with the right to file such applications and the right to claim for the same the priority rights derived from the inventions and the Patents under the laws of the United States, the International Convention for the Protection of Industrial

Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable, in each instance the same to be held by Assignee for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns and other legal representatives, as fully and entirely as the same would have been held and enjoyed by Assignor if this Assignment and sale had not been made; together with all claims for damages, royalties, income or other remuneration (hereinafter "Damages") by reason of past, present and future infringements of the Patents or other rights being assigned hereunder, along with the right to sue for and collect such Damages for the use and benefit of Assignee and its successors, assigns and other legal representatives.

2. Insofar as this assignment concerns European patents and patent applications, Assignor does hereby declare that it is the owner of said Patents and that Assignor has assigned same, along with all rights and duties appurtenant thereto, to Assignee and agree that the assignment will be recorded in the register with the European Patent Office; and Assignee hereby declares that Assignee has agreed to the assignment of the aforementioned Patents to it and that Assignee will simultaneously apply for recording of the assignment in the register with the European Patent Office.

3. Assignor hereby authorizes and requests the Commissioner for Patents of the United States, and any officer of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of intellectual property protection or applications as aforesaid, to issue the same to Assignee and its successors, assigns and other legal representatives in accordance with the terms of this instrument.

4. Assignor agrees that, whenever reasonably requested by Assignee, Assignor will execute all papers, take all rightful oaths, and do all acts which may be reasonably necessary for securing and maintaining the Patents in any country and for vesting title thereto in Assignee, its successors, assigns and legal representatives or nominees.

5. ASSIGNOR AUTHORIZES AND EMPOWERS ASSIGNEE, ITS SUCCESSORS, ASSIGNS AND LEGAL REPRESENTATIVES OR NOMINEES, TO INVOKE AND CLAIM FOR ANY APPLICATION FOR PATENT OR OTHER FORM OF PROTECTION FOR THE INVENTIONS, THE BENEFIT OF THE RIGHT OF PRIORITY PROVIDED BY THE INTERNATIONAL CONVENTION FOR THE PROTECTION OF INDUSTRIAL PROPERTY, AS AMENDED, OR BY ANY CONVENTION WHICH MAY HENCEFORTH BE SUBSTITUTED FOR IT, OR ANY OTHER INTERNATIONAL AGREEMENT OR THE DOMESTIC LAWS OF THE COUNTRY IN WHICH ANY SUCH APPLICATION IS FILED, AS MAY BE APPLICABLE, AND TO INVOKE AND CLAIM SUCH RIGHT OF PRIORITY WITHOUT FURTHER WRITTEN OR ORAL AUTHORIZATION FROM ASSIGNOR.

6. ASSIGNOR HEREBY ACKNOWLEDGES AND AGREES THAT ALL OF THE RIGHTS, TITLE AND INTEREST IN AND TO THE PATENTS SOLD, TRANSFERRED, ASSIGNED AND SET OVER TO ASSIGNEE HEREUNDER INCLUDE ALL INCOME, ROYALTIES, DAMAGES AND PAYMENTS NOW OR HEREAFTER DUE OR PAYABLE WITH RESPECT THERETO, AND ALL CAUSES OF ACTION (WHETHER IN LAW OR EQUITY) AND THE RIGHT TO SUE, COUNTERCLAIM, AND RECOVER FOR THE PAST, PRESENT AND FUTURE INFRINGEMENT OF THE RIGHTS ASSIGNED OR TO BE ASSIGNED HEREUNDER.

PATENT
REEL: 048846 FRAME: 0050

7. Assignor hereby consents that a copy of this Agreement shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document that may be required in any country for any purpose and more particularly in proof of the right of Assignee or nominee to claim the aforesaid benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

IN WITNESS WHEREOF, the Parties have executed this Assignment on the Effective Date written at

Assignor:   Panasonic Corporation

By: _____

Name:  Hiroki Nishida

Title:   Authorized Signing Officer

Place/Date : Osaka, Japan / March 22, 2019

Assignee:   Sovereign Peak Ventures, LLC

By: _____

Name: David Pridham

Title: Chief Executive Officer

Place/Date : Dallas, Texas / March 6, 2019

MONICA AGUIRRE GUTIERREZ
Notary ID #131067520
My Commission Expires
March 30, 2021

Confidential Patent Acquisition Agreement

3

# EXHIBIT A

## TO ASSIGNMENT AGREEMENT

| Patent Number | Application Number |
|---------------|--------------------|
| 5884257 | 08/791400 |
| 6310625 | 09/160545 |
| 6253181 | 09/235181 |
| 6631346 | 09/287810 |
| 6639986 | 09/334493 |
| 6370316 | 09/522904 |
| 6778756 | 09/598751 |
| 6792470 | 09/796759 |
| 6765504 | 09/889555 |
| 7016840 | 09/953989 |
| 6731759 | 09/956192 |
| 6961632 | 09/963902 |
| 6895257 | 10/077904 |
| 7069214 | 10/095813 |
| 6687672 | 10/099428 |
| 6828971 | 10/119158 |
| 6879954 | 10/127184 |
| 7064652 | 10/237758 |
| 7240007 | 10/392549 |
| 7698138 | 10/542409 |
| 6920957 | 10/600826 |
| 6877038 | 10/633574 |
| 7328154 | 10/639974 |
| 7596499 | 10/771256 |
| 7844045 | 10/869810 |
| 7454339 | 11/312981 |
| 7729908 | 11/369936 |
| 7729909 | 11/369938 |
| 7536303 | 11/401263 |

Confidential Patent Acquisition Agreement

| | |
|---|---|
| 7974431 | 11/662608 |
| 7991181 | 11/663558 |
| 7809560 | 11/814024 |
| 8243935 | 11/916799 |
| 8170869 | 11/977331 |
| 8049764 | 12/017556 |
| 7854295 | 12/475768 |
| 8335336 | 12/663955 |
| 8666728 | 12/666930 |
| 8188969 | 12/687930 |
| 8552684 | 13/355796 |
| 8547058 | 13/355865 |
| 8451219 | 13/375337 |
| 9240194 | 13/872183 |
| 9147392 | 13/903270 |
| 9565794 | 13/935544 |
| 8729855 | 13/990901 |
| 8928278 | 14/011155 |
| 8963490 | 14/012191 |
| 9306411 | 14/125294 |
| 9325197 | 14/195589 |
| 9859720 | 14/937852 |
| 9954396 | 15/051408 |
| 9899863 | 15/076105 |
| 10044225 | 15/883773 |
| 10003219 | 15/883840 |

PATENT
REEL: 048846 FRAME: 0053

## EXHIBIT B

### TO ASSIGNMENT AGREEMENT

| Country | Patent Number | Application Number |
|---|---|---|
| Japan | 4242676 | 2003-066584 |
| Germany (Federal Republic of) | 0683481 | 95107008.5 |
| European Patent | 0683481 | 95107008.5 |
| Spain | 0683481 | 95107008.5 |
| France | 0683481 | 95107008.5 |
| United Kingdom | 0683481 | 95107008.5 |
| Italy | 0683481 | 95107008.5 |
| Korea, Republic of (KR) | 10-0215946 | 1995-0012057 |
| China | ZL95107149.1 | 95107149.1 |
| Germany (Federal Republic of) | 1132839 | 00961057.7 |
| European Patent | 1132839 | 00961057.7 |
| United Kingdom | 1132839 | 00961057.7 |
| Japan | 4550341 | 2001-524017 |
| China | ZL200510093928.X | 200510093928.X |
| Korea, Republic of (KR) | 10-0657109 | 10-2003-7007566 |
| Korea, Republic of (KR) | 10-0796882 | 10-2006-7012749 |
| Korea, Republic of (KR) | 10-0802729 | 10-2007-7010181 |
| Germany (Federal Republic of) | 2209244 | 10004874.3 |
| European Patent | 2209244 | 10004874.3 |
| France | 2209244 | 10004874.3 |
| United Kingdom | 2209244 | 10004874.3 |
| Italy | 2209244 | 10004874.3 |
| Japan | 4057809 | 2001-373449 |
| Japan | 4456616 | 2007-106589 |
| China | ZL01822104.1 | 01822104.1 |
| China | ZL200810166922.4 | 200810166922.4 |
| China | ZL200810166924.3 | 200810166924.3 |
| European Patent | 1225776 | 02000219.2 |
| Japan | 4861825 | 2006-535137 |

PATENT
REEL: 048846 FRAME: 0054

| China | ZL200580030453.8 | 200580030453.8 |
|---|---|---|
| Japan | 3999812 | 2007-500432 |
| Germany (Federal Republic of) | 1901583 | 06767165.1 |
| European Patent | 1901583 | 06767165.1 |
| France | 1901583 | 06767165.1 |
| United Kingdom | 1901583 | 06767165.1 |
| Japan | 4887290 | 2007-523421 |
| Germany (Federal Republic of) | 2166780 | 08790189.8 |
| European Patent | 2166780 | 08790189.8 |
| Japan | 5021741 | 2009-523533 |
| China | ZL200880001612.5 | 200880001612.5 |
| Japan | 4752849 | 2008-026188 |
| Japan | 5035080 | 2008-097940 |
| Japan | 5125713 | 2008-105448 |
| Japan | 5499443 | 2008-106511 |
| China | ZL200980111434.6 | 200980111434.6 |
| Japan | 5024263 | 2008-280931 |
| Germany (Federal Republic of) | 2296228 | 10174332.6 |
| European Patent | 2296228 | 10174332.6 |
| United Kingdom | 2296228 | 10174332.6 |
| Japan | 4715954 | 2009-197844 |
| Japan | 5115585 | 2010-116868 |
| Japan | 5488671 | 2012-228606 |
| China | ZL201020511628.5 | 201020511628.5 |
| Germany (Federal Republic of) | 2293383 | 10174346.6 |
| European Patent | 2293383 | 10174346.6 |
| Finland | 2293383 | 10174346.6 |
| United Kingdom | 2293383 | 10174346.6 |
| Japan | 4711010 | 2009-197843 |
| Japan | 4807463 | 2010-060618 |
| Japan | 4807464 | 2010-103295 |
| China | ZL201020511619.6 | 201020511619.6 |
| Korea, Republic of (KR) | 10-1896631 | 10-2013-7007939 |
| Japan | 4835786 | 2010-267985 |
| Japan | 4835787 | 2010-267986 |

PATENT
REEL: 048846 FRAME: 0055

| Japan | 5445545 | 2011-206906 |
| Japan | 4831252 | 2010-282784 |
| Japan | 4883208 | 2010-168893 |
| Japan | 5152395 | 2011-256222 |
| Korea, Republic of (KR) | 10-1326716 | 10-2013-7016871 |
| Germany (Federal Republic of) | 2631922 | 11857869.9 |
| European Patent | 2631922 | 11857869.9 |
| United Kingdom | 2631922 | 11857869.9 |
| Japan | 4835797 | 2011-019482 |
| Japan | 5031911 | 2011-019481 |
| Japan | 5903568 | 2011-206911 |
| China | ZL201190000973.5 | 201190000973.5 |
| Korea, Republic of (KR) | 10-1198880 | 10-2012-0007328 |
| Korea, Republic of (KR) | 10-1198881 | 10-2012-0007340 |
| Japan | 4835794 | 2011-013617 |
| Japan | 4835795 | 2011-013618 |
| Japan | 4900523 | 2011-131947 |
| Japan | 4983992 | 2011-131946 |
| Japan | 5003834 | 2011-131949 |
| Japan | 5003835 | 2011-135947 |
| Japan | 5342073 | 2012-551820 |
| Japan | 5358699 | 2012-015243 |
| Japan | 5396551 | 2013-054018 |
| Japan | 5396552 | 2013-054024 |
| Japan | 5396553 | 2013-054028 |
| Japan | 5396554 | 2013-054033 |
| Japan | 5396564 | 2013-199507 |
| Japan | 5400977 | 2013-054015 |
| Japan | 5457478 | 2012-017681 |
| Japan | 5824631 | 2012-106417 |
| Japan | 5845404 | 2011-206907 |
| Japan | 5845405 | 2011-206908 |
| Japan | 5845406 | 2011-206909 |
| Japan | 5845407 | 2011-206910 |
| Japan | 5938559 | 2012-106416 |

Confidential Patent Acquisition Agreement

8

| China | ZL201190000810.7 | 201190000810.7 |
|---|---|---|
| China | ZL201190000811.1 | 201190000811.1 |
| China | ZL201280039867.7 | 201280039867.7 |
| Japan | 4835800 | 2011-051200 |
| Japan | 4835801 | 2011-051218 |
| Japan | 4900524 | 2011-135945 |
| Japan | 4962634 | 2011-051199 |
| Japan | 5077481 | 2011-280918 |
| China | ZL201290000326.9 | 201290000326.9 |
| China | ZL201420258438.5 | 201420258438.5 |
| Japan | 4835796 | 2011-013619 |
| Japan | 4900525 | 2011-135946 |
| Japan | 4983999 | 2011-196834 |
| Japan | 5077493 | 2012-012698 |
| China | ZL201290000798.4 | 201290000798.4 |
| Korea, Republic of (KR) | 10-1461549 | 10-2014-7004842 |
| Japan | 4900528 | 2011-195819 |
| China | ZL201280043601.X | 201280043601.X |
| Japan | 5152396 | 2011-261414 |
| Japan | 5263434 | 2012-177027 |
| China | ZL201320148990.4 | 201320148990.4 |
| Japan | 5136710 | 2012-101106 |
| Japan | 5206886 | 2012-009884 |
| Japan | 5045858 | 2012-090769 |
| Germany (Federal Republic of) | 1035537 | 00301625.0 |
| European Patent | 1035537 | 00301625.0 |
| Spain | 1035537 | 00301625.0 |
| France | 1035537 | 00301625.0 |
| United Kingdom | 1035537 | 00301625.0 |
| Italy | 1035537 | 00301625.0 |
| Taiwan | 148049 | 89104179 |
| Japan | 3588302 | 2000-065106 |
| China | ZL00103759.5 | 00103759.5 |
| Germany (Federal Republic of) | 1037195 | 00301820.7 |
| European Patent | 1037195 | 00301820.7 |

PATENT
REEL: 048846 FRAME: 0057

| Spain | 1037195 | 00301820.7 |
| France | 1037195 | 00301820.7 |
| United Kingdom | 1037195 | 00301820.7 |
| Italy | 1037195 | 00301820.7 |
| Germany (Federal Republic of) | 1103952 | 00310492.4 |
| European Patent | 1103952 | 00310492.4 |
| Spain | 1103952 | 00310492.4 |
| France | 1103952 | 00310492.4 |
| United Kingdom | 1103952 | 00310492.4 |
| Italy | 1103952 | 00310492.4 |
| Taiwan | 159204 | 89125231 |
| China | ZL00800399.8 | 00800399.8 |
| Germany (Federal Republic of) | 1130839 | 00104388.4 |
| European Patent | 1130839 | 00104388.4 |
| France | 1130839 | 00104388.4 |
| United Kingdom | 1130839 | 00104388.4 |
| Germany (Federal Republic of) | 1361690 | 03017902.2 |
| European Patent | 1361690 | 03017902.2 |
| France | 1361690 | 03017902.2 |
| United Kingdom | 1361690 | 03017902.2 |
| Japan | 3598110 | 2003-294181 |
| Japan | 4623616 | 2001-057722 |
| Germany (Federal Republic of) | 1148471 | 01303537.3 |
| European Patent | 1148471 | 01303537.3 |
| France | 1148471 | 01303537.3 |
| United Kingdom | 1148471 | 01303537.3 |
| European Patent | 1178465 | 01306333.4 |
| Japan | 3848845 | 2001-119722 |
| China | ZL02806151.9 | 02806151.9 |
| Germany (Federal Republic of) | 1262953 | 02253651.0 |
| European Patent | 1262953 | 02253651.0 |
| France | 1262953 | 02253651.0 |
| Germany (Federal Republic of) | 1265227 | 02252975.4 |
| European Patent | 1265227 | 02252975.4 |
| France | 1265227 | 02252975.4 |

PATENT
REEL: 048846 FRAME: 0058

| United Kingdom | 1265227 | 02252975.4 |
|---|---|---|
| Italy | 1265227 | 02252975.4 |
| China | ZL02155982.1 | 02155982.1 |
| Germany (Federal Republic of) | 1377115 | 03013825.9 |
| Japan | 4034696 | 2003-169749 |
| Japan | 4361580 | 2007-200879 |
| China | ZL03145261.2 | 03145261.2 |
| Japan | 4367713 | 2005-282936 |
| Germany (Federal Republic of) | 1788835 | 05774537.4 |
| European Patent | 1788835 | 05774537.4 |
| United Kingdom | 1788835 | 05774537.4 |
| Japan | 4142718 | 2006-537652 |
| China | ZL200580032688.0 | 200580032688.0 |
| China | ZL201080023504.5 | 201080023504.5 |
| Germany (Federal Republic of) | 1022722 | 00300290.4 |
| United Kingdom | 1022722 | 00300290.4 |
| Italy | 1022722 | 00300290.4 |
| European Patent | 1043711 | 00301888.4 |
| Spain | 1043711 | 00301888.4 |
| France | 1043711 | 00301888.4 |
| United Kingdom | 1043711 | 00301888.4 |
| Italy | 1043711 | 00301888.4 |
| Taiwan | 157114 | 89126255 |
| China | ZL200310114106.6 | 200310114106.6 |
| China | ZL200410038623.4 | 200410038623.4 |
| France | 1168301 | 01305223.8 |
| China | ZL01122522.X | 01122522.X |
| Germany (Federal Republic of) | 1195743 | 01121912.8 |
| European Patent | 1195743 | 01121912.8 |
| Spain | 1195743 | 01121912.8 |
| France | 1195743 | 01121912.8 |
| United Kingdom | 1195743 | 01121912.8 |
| Italy | 1195743 | 01121912.8 |
| Taiwan | 174909 | 90122653 |
| Japan | 3938872 | 2002-013337 |

Confidential Patent Acquisition Agreement

11

| China | ZL200410100710.8 | 200410100710.8 |
|---|---|---|
| Japan | 5111872 | 2007-012214 |
| China | ZL200880128468.1 | 200880128468.1 |
| Japan | 5227263 | 2009-132139 |
| Germany (Federal Republic of) | 2372840 | 11156558.6 |
| European Patent | 2372840 | 11156558.6 |
| France | 2372840 | 11156558.6 |
| United Kingdom | 2372840 | 11156558.6 |
| Japan | 5018918 | 2010-060617 |
| Japan | 5105020 | 2012-131606 |
| Japan | 5561336 | 2012-220888 |
| Japan | 5148026 | 2012-543381 |
| Japan | 5194197 | 2012-551826 |
| China | ZL201380003912.8 | 201380003912.8 |
| Japan | 6099019 | 2013-549089 |
| Japan | 6099020 | 2013-549090 |
| China | ZL201280007948.9 | 201280007948.9 |
| China | ZL201280064450.6 | 201280064450.6 |
| Japan | 6231883 | 2013-550093 |
| Japan | 6083652 | 2014-500176 |
| Japan | 6008237 | 2012-145961 |
| Japan | 6159689 | 2014-145091 |
| China | ZL201480002170.1 | 201480002170.1 |
| Japan | 6314985 | 2015-529342 |

PATENT
REEL: 048846 FRAME: 0060

## EXHIBIT C

## TO ASSIGNMENT AGREEMENT

| Application Number |
| --- |
| 11/068751 |
| 12/869238 |
| 13/001775 |
| 13/038075 |
| 15/782682 |
| 16/055852 |

PATENT
REEL: 048846 FRAME: 0061

**EXHIBIT D**

## TO ASSIGNMENT AGREEMENT

| Application Number |
| --- |
| 60/659052 |

PATENT
REEL: 048846 FRAME: 0062

## EXHIBIT E

## TO ASSIGNMENT AGREEMENT

| Country | Application Number |
|---|---|
| Japan | 2002-236577 |
| Japan | H06-099629 |
| Japan | H06-274911 |
| Japan | H07-114957 |
| Japan | 2003-158723 |
| Japan | H11-174985 |
| Japan | 2000-185255 |
| China | 00802813.3 |
| Japan | H11-262766 |
| Patent Cooperation Treaty | PCT/JP2000/006355 |
| Japan | 2000-311599 |
| Japan | 2001-312147 |
| China | 200810166921.X |
| China | 200810166923.9 |
| European Patent | |
| European Patent | 01270029.0 |
| Japan | 2000-371539 |
| Japan | 2000-371570 |
| Japan | 2000-403517 |
| Patent Cooperation Treaty | PCT/JP2001/010677 |
| Japan | 2001-011250 |
| Japan | 2001-065401 |
| Patent Cooperation Treaty | PCT/JP2002/002164 |
| Japan | 2003-068049 |
| Japan | 2004-026647 |
| Japan | 2004-275476 |
| Patent Cooperation Treaty | PCT/JP2005/001219 |
| Japan | 2004-173147 |
| Patent Cooperation Treaty | PCT/JP2005/010183 |

Confidential Patent Acquisition Agreement

15

| Japan | 2004-265546 |
| Korea, Republic of (KR) | |
| Patent Cooperation Treaty | PCT/JP2005/016806 |
| Japan | 2005-017424 |
| Patent Cooperation Treaty | PCT/JP2005/022802 |
| Japan | 2005-176974 |
| Patent Cooperation Treaty | PCT/JP2006/309288 |
| Japan | 2005-192517 |
| Patent Cooperation Treaty | PCT/JP2006/312507 |
| Japan | 2007-008834 |
| Japan | 2007-008835 |
| Japan | 2007-008833 |
| Japan | 2008-001713 |
| China | 200880000290.2 |
| Japan | 2007-088321 |
| Patent Cooperation Treaty | PCT/JP2008/000599 |
| Japan | 2007-128555 |
| Patent Cooperation Treaty | PCT/JP2008/001160 |
| Japan | 2007-187188 |
| Patent Cooperation Treaty | PCT/JP2008/001837 |
| Japan | 2007-209824 |
| Patent Cooperation Treaty | PCT/JP2008/002122 |
| European Patent | 09802673.5 |
| Japan | 2008-195413 |
| Patent Cooperation Treaty | PCT/JP2009/003490 |
| Japan | 2008-248536 |
| Patent Cooperation Treaty | PCT/JP2009/004673 |
| China | 201080003378.7 |
| Japan | 2009-160089 |
| Patent Cooperation Treaty | PCT/JP2010/004386 |
| Korea, Republic of (KR) | 10-2018-7025498 |
| Patent Cooperation Treaty | PCT/JP2011/006025 |
| Patent Cooperation Treaty | PCT/JP2011/007346 |
| China | 201610890134.4 |
| European Patent | 11856873.2 |

PATENT
REEL: 048846 FRAME: 0064

| European Patent | 12801388.5 |
|---|---|
| European Patent | 18171303.3 |
| Japan | 2011-038064 |
| Japan | 2011-131948 |
| Japan | 2011-131950 |
| Japan | 2011-154550 |
| Japan | 2011-155334 |
| Japan | 2011-154554 |
| Japan | 2011-154555 |
| Japan | 2011-188413 |
| Patent Cooperation Treaty | PCT/JP2011/007347 |
| Patent Cooperation Treaty | PCT/JP2011/007348 |
| Patent Cooperation Treaty | PCT/JP2012/003915 |
| Patent Cooperation Treaty | PCT/JP2012/003914 |
| Japan | 2011-051210 |
| Patent Cooperation Treaty | PCT/JP2012/001640 |
| Japan | 2011-051217 |
| Patent Cooperation Treaty | PCT/JP2011/007345 |
| Patent Cooperation Treaty | PCT/JP2012/005507 |
| Patent Cooperation Treaty | PCT/JP2012/005508 |
| European Patent | 12194663.6 |
| Korea, Republic of (KR) | 10-2013-0005034 |
| Japan | 2013-099940 |
| Japan | 2013-099941 |
| Japan | 2012-204879 |
| European Patent | 00306967.1 |
| European Patent | 00307289.9 |
| Japan | 2000-255972 |
| China | 00134269.X |
| China | |
| European Patent | |
| European Patent | 00911388.7 |
| Japan | H11-081124 |
| Japan | H11-204167 |
| Patent Cooperation Treaty | PCT/JP2000/001870 |

Confidential Patent Acquisition Agreement

17

PATENT
REEL: 048846 FRAME: 0065

| | |
|---|---|
| China | 00130067.9 |
| Malaysia | PI20004619 |
| Singapore | 200005825-5 |
| Patent Cooperation Treaty | PCT/US2002/009891 |
| China | 03120433.3 |
| European Patent | 03251331.9 |
| Japan | 2003-070710 |
| Japan | 2001-230183 |
| European Patent | 02709673.4 |
| Japan | 2002-568360 |
| Patent Cooperation Treaty | PCT/US2002/005631 |
| European Patent | 02258061.7 |
| Japan | 2002-359296 |
| European Patent | 03716527.1 |
| Japan | 2003-577245 |
| Patent Cooperation Treaty | PCT/US2003/007701 |
| China | 03814000.4 |
| European Patent | 03714187.6 |
| Patent Cooperation Treaty | PCT/US2003/008063 |
| European Patent | 04018341.0 |
| Japan | 2004-231021 |
| Patent Cooperation Treaty | PCT/US2004/024822 |
| Japan | 2003-007442 |
| Japan | 2004-566305 |
| Patent Cooperation Treaty | PCT/JP2006/301707 |
| Taiwan | 94103034 |
| Japan | 2008-111710 |
| Patent Cooperation Treaty | PCT/JP2005/015682 |
| Japan | 2000-013110 |
| European Patent | 98307789.2 |
| Japan | H09-277996 |
| Japan | H11-198406 |
| Japan | H11-348610 |
| Patent Cooperation Treaty | PCT/JP2000/008688 |
| Japan | 2000-281683 |

Confidential Patent Acquisition Agreement

大阪法務局所属　公證人役場

PATENT
REEL: 048846 FRAME: 0066

| Japan | 2001-280809 |
|---|---|
| Japan | 2002-107288 |
| Japan | 2001-113668 |
| Japan | 2008-145305 |
| Japan | 2011-168624 |
| China | 201280007069.6 |
| Japan | 2011-156042 |
| Japan | 2012-032317 |
| Japan | 2011-281706 |
| Patent Cooperation Treaty | PCT/JP2014/003637 |
| Japan | 2014-150870 |

PATENT
REEL: 048846 FRAME: 0067

登簿平成３１年第　６８３　号

嘱託人　パナソニック株式会社

知的財産センター 知財戦略部　戦略課　課長　西田　浩希は、

代理人　寺田　尚人によって、当公証人の面前でこの証書の

署　名　を自認した。

よってこれを認証する。

平 成 ３１ 年 ３ 月 ２５ 日 当 公 証 人 役 場 に お い て

大阪市中央区平野町２丁目１番２号（沢の鶴ビル内）

大阪法務局所属

公証人　　　玉置　俊二

OSAKA LEGAL AFFAIRS BUREAU
"NOTARY"
1-2, HIRANO-MACHI, 2-CHOME,
CHUO-KU, OSAKA JAPAN

大阪法務局所属　公証人役場

PATENT
REEL: 048846 FRAME: 0068

Registered No.  683 — 2019

## NOTARIAL CERTIFICATE

This is to certify that Mr. Naoto TERADA an agent of
Mr. Hiroki NISHIDA, Authorized Signing Officer of PANASONIC
CORPORATION has stated in my very presence that said Mr. Hiroki
NISHIDA acknowledged himself to have signed to the attached
document.

Dated this 25th day of  March, 2019



## SHUNJI TAMAKI

Notary
Osaka Legal Affairs Bureau
1-2, Hirano-Machi, 2-Chome,
Chuo-ku, Osaka, Japan



**RECORDED: 04/10/2019**

**PATENT**
**REEL: 048846 FRAME: 0069**