# EXHIBIT J

US008902871B2

(12) United States Patent
Mukai et al.

(10) Patent No.: US 8,902,871 B2
(45) Date of Patent: *Dec. 2, 2014

(54) **WIRELESS BASE STATION AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION SYSTEM**

(75) Inventors: **Tsutomu Mukai**, Osaka (JP); **Hitoshi Takai**, Osaka (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 156 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/607,931**

(22) Filed: **Sep. 10, 2012**

(65) **Prior Publication Data**

US 2012/0331161 A1 Dec. 27, 2012

**Related U.S. Application Data**

(62) Division of application No. 12/493,364, filed on Jun. 29, 2009, now Pat. No. 8,284,744.

(30) **Foreign Application Priority Data**

Jun. 30, 2008 (JP) ................................ 2008-171583

(51) **Int. Cl.**

| | |
|---|---|
| ***H04W 4/00*** | (2009.01) |
| ***H04L 29/06*** | (2006.01) |
| ***H04W 12/08*** | (2009.01) |
| *H04W 88/02* | (2009.01) |

(52) **U.S. Cl.**

CPC ............. ***H04W 12/08*** (2013.01); ***H04L 63/105*** (2013.01); *H04W 88/02* (2013.01)

USPC ......................................................... **370/338**

(58) **Field of Classification Search**

CPC ..................................... H04W 74/002–74/008

USPC ..................... 370/338, 329; 455/456.5, 456.6

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,284,744 | B2 * | 10/2012 | Mukai et al. | 370/338 |
| 2004/0156346 | A1 | 8/2004 | O'Neill | |
| 2005/0130586 | A1 | 6/2005 | Gnuschke | |
| 2008/0176546 | A1 * | 7/2008 | Devico et al. | 455/418 |
| 2008/0182612 | A1 | 7/2008 | Yoshida | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2003-199171 | 7/2003 |
| JP | 2004-048395 | 2/2004 |
| JP | 2006-287767 | 10/2006 |

*Primary Examiner* — Albert T Chou

(74) *Attorney, Agent, or Firm* — Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

Provided is a wireless communication system transmitting information to a communication terminal moving through a spot wireless area. In an integrated base station, an external information communication section controls communication with a server. A contents memory section stores contents received from the server. A wireless LAN communication section communicates with the communication terminal. A control section establishes connection with the communication terminal using a first connection not requiring an authentication procedure for connection with the communication terminal, or using a second connection requiring the authentication procedure for connection with the communication terminal. An access control (restriction) section permits access from the communication terminal to the contents memory section and prohibits access to the server when a type of connection with the communication terminal is the first connection, and permits access from the communication terminal to the contents memory section and to the server in the case of the second connection.

**17 Claims, 24 Drawing Sheets**



US009357441B2

(12) **United States Patent**
**Mukai et al.**

(10) **Patent No.: US 9,357,441 B2**
(45) **Date of Patent: *May 31, 2016**

(54) **WIRELESS BASE STATION AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION SYSTEM**

(71) Applicant: **Panasonic Intellectual Property Management Co., Ltd.**, Osaka (JP)

(72) Inventors: **Tsutomu Mukai**, Osaka (JP); **Hitoshi Takai**, Osaka (JP)

(73) Assignee: **PANASONIC INTELLECTUAL PROPERTY MANAGEMENT CO., LTD.**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/747,164**

(22) Filed: **Jun. 23, 2015**

(65) **Prior Publication Data**

US 2015/0296419 A1 Oct. 15, 2015

**Related U.S. Application Data**

(60) Continuation of application No. 14/525,519, filed on Oct. 28, 2014, now Pat. No. 9,100,939, which is a continuation of application No. 13/607,931, filed on Sep. 10, 2012, now Pat. No. 8,902,871, which is a division of application No. 12/493,364, filed on Jun. 29, 2009, now Pat. No. 8,284,744.

(30) **Foreign Application Priority Data**

Jun. 30, 2008 (JP) ................................ 2008-171583

(51) **Int. Cl.**
***H04W 36/00*** (2009.01)
***H04L 29/06*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... ***H04W 36/0016*** (2013.01); ***H04L 63/105*** (2013.01); ***H04W 12/06*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .... H04L 63/105; H04W 12/08; H04W 76/02; H04W 12/06; H04W 88/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,284,744 | B2 * | 10/2012 | Mukai et al. | .................. 370/338 |
| 8,902,871 | B2 * | 12/2014 | Mukai et al. | .................. 370/338 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2003-199171 | 7/2003 |
| JP | 2004-048395 | 2/2004 |
| JP | 2006-287767 | 10/2006 |

*Primary Examiner* — Albert T Chou
(74) *Attorney, Agent, or Firm* — Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

Provided is a wireless communication system transmitting information to a communication terminal moving through a spot wireless area. In an integrated base station, an external information communication section controls communication with a server. A contents memory section stores contents received from the server. A wireless LAN communication section communicates with the communication terminal. A control section establishes connection with the communication terminal using a first connection not requiring an authentication procedure for connection with the communication terminal, or using a second connection requiring the authentication procedure for connection with the communication terminal. An access control (restriction) section permits access from the communication terminal to the contents memory section and prohibits access to the server when a type of connection with the communication terminal is the first connection, and permits access from the communication terminal to the contents memory section and to the server in the case of the second connection.

**26 Claims, 24 Drawing Sheets**



US009620282B2

(12) **United States Patent**
**Asanuma et al.**

(10) **Patent No.: US 9,620,282 B2**
(45) **Date of Patent: *Apr. 11, 2017**

(54) **NONCONTACT CONNECTOR APPARATUS AND SYSTEM USING INDUCTIVE COUPLING BETWEEN COILS**

(71) Applicant: **Panasonic Intellectual Property Management Co., Ltd.**, Osaka (JP)

(72) Inventors: **Kenichi Asanuma**, Kyoto (JP); **Atsushi Yamamoto**, Kyoto (JP); **Tsutomu Sakata**, Osaka (JP)

(73) Assignee: **PANASONIC INTELLECTUAL PROPERTY MANAGEMENT CO., LTD.**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 884 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/983,617**

(22) PCT Filed: **Nov. 14, 2012**

(86) PCT No.: **PCT/JP2012/007304**

§ 371 (c)(1),
(2) Date: **Aug. 5, 2013**

(87) PCT Pub. No.: **WO2013/008640**

PCT Pub. Date: **Jun. 20, 2013**

(65) **Prior Publication Data**

US 2014/0084698 A1 Mar. 27, 2014

(30) **Foreign Application Priority Data**

Dec. 14, 2011 (JP) ................................ 2011-272904

(51) **Int. Cl.**
***H01F 38/14*** (2006.01)
***H02J 17/00*** (2006.01)
***H04B 5/00*** (2006.01)

(52) **U.S. Cl.**
CPC .............. ***H01F 38/14*** (2013.01); ***H02J 17/00*** (2013.01); ***H04B 5/0037*** (2013.01); ***H04B 5/0075*** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,214,392 A * 5/1993 Kobayashi .......... H01F 27/2804 330/10
8,072,304 B2 12/2011 Kato et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN 101304183 11/2008
CN 102005827 4/2011
(Continued)

OTHER PUBLICATIONS

International Search Report mailed Jan. 22, 2013 in International (PCT) Application No. PCT/JP2012/007304.
(Continued)

*Primary Examiner* — Jared Fureman
*Assistant Examiner* — Joel Barnett
(74) *Attorney, Agent, or Firm* — Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

A power transfer system is provided with a transmission coil and a reception coil respectively provided along a first surface and a second surface that face each other proximal to each other. The transmission coil and reception coil are provided proximally to be electromagnetically coupled to each other. The winding wire of the transmission coil is wound on the first surface, and the winding wire of the reception coil is wound on the second surface. The power transfer system is provided with a magnetic body provided
(Continued)



US010039144B2

(12) **United States Patent**
**Mukai et al.**

(10) **Patent No.: US 10,039,144 B2**
(45) **Date of Patent: *Jul. 31, 2018**

(54) **WIRELESS BASE STATION AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION SYSTEM**

(71) Applicant: **Panasonic Intellectual Property Management Co., Ltd.**, Osaka (JP)

(72) Inventors: **Tsutomu Mukai**, Osaka (JP); **Hitoshi Takai**, Osaka (JP)

(73) Assignee: **PANASONIC INTELLECTUAL PROPERTY MANAGEMENT CO., LTD.**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 161 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/142,258**

(22) Filed: **Apr. 29, 2016**

(65) **Prior Publication Data**

US 2016/0249393 A1 Aug. 25, 2016

**Related U.S. Application Data**

(60) Continuation of application No. 14/747,164, filed on Jun. 23, 2015, now Pat. No. 9,357,441, which is a (Continued)

(30) **Foreign Application Priority Data**

Jun. 30, 2008 (JP) ................................ 2008-171583

(51) **Int. Cl.**
***H04W 76/10*** (2018.01)
***H04W 4/80*** (2018.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... ***H04W 76/10*** (2018.02); ***H04L 61/6081*** (2013.01); ***H04L 63/105*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .................................................... H04L 63/105
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,284,744 B2 * 10/2012 Mukai .................. H04L 63/105 370/338
8,902,871 B2 * 12/2014 Mukai .................. H04L 63/105 370/338

(Continued)

FOREIGN PATENT DOCUMENTS

JP 2003-199171 7/2003
JP 2004-048395 2/2004
JP 2006-287767 10/2006

*Primary Examiner* — Albert T Chou
(74) *Attorney, Agent, or Firm* — Wenderoth, Lind & Ponack, L.L.P.

(57) **ABSTRACT**

Provided is a wireless communication system transmitting information to a communication terminal moving through a spot wireless area. In an integrated base station, an external information communication section controls communication with a server. A contents memory section stores contents received from the server. A wireless LAN communication section communicates with the communication terminal. A control section establishes connection with the communication terminal using a first connection not requiring an authentication procedure for connection with the communication terminal, or using a second connection requiring the authentication procedure for connection with the communication terminal. An access control (restriction) section permits access from the communication terminal to the contents memory section and prohibits access to the server when a type of connection with the communication terminal is the first connection, and permits access from the communication terminal to the contents memory section and to the server in the case of the second connection.

**12 Claims, 24 Drawing Sheets**



US010468913B2

(12) United States Patent
Hidaka et al.

(10) Patent No.: US 10,468,913 B2
(45) Date of Patent: Nov. 5, 2019

(54) **ELECTRONIC DEVICE INCLUDING NON-CONTACT CHARGING MODULE**

(71) Applicant: **Sovereign Peak Ventures, LLC,** Plano, TX (US)

(72) Inventors: **Akio Hidaka,** Fukuoka (JP); **Takumi Naruse,** Miyazaki (JP); **Munenori Fujimura,** Fukuoka (JP); **Kenichiro Tabata,** Fukuoka (JP); **Tokuji Nishino,** Fukuoka (JP)

(73) Assignee: **Sovereign Peak Ventures, LLC,** Plano, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/055,852**

(22) Filed: **Aug. 6, 2018**

(65) **Prior Publication Data**

US 2018/0375378 A1 Dec. 27, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/883,773, filed on Jan. 30, 2018, now Pat. No. 10,044,225, which is a
(Continued)

(30) **Foreign Application Priority Data**

Jun. 14, 2011 (JP) ................................ 2011-131948
Jun. 14, 2011 (JP) ................................ 2011-131950
(Continued)

(51) **Int. Cl.**
***H02J 7/00*** (2006.01)
***H02J 50/10*** (2016.01)
(Continued)

(52) **U.S. Cl.**
CPC ............. ***H02J 50/10*** (2016.02); ***H01F 38/14*** (2013.01); ***H02J 7/025*** (2013.01); ***H02J 50/70*** (2016.02);
(Continued)

(58) **Field of Classification Search**
CPC ........ H02J 7/025; H01F 38/14; Y02T 90/122; B60L 11/182; Y02E 60/12
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,198,647 A 3/1993 Mizuta
5,313,444 A 5/1994 Ishii et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN 101681719 A 3/2010
CN 101771283 A 7/2010
(Continued)

OTHER PUBLICATIONS

Brooke Crothers, Getting a look inside the iPhone 4, Nanotech-The Circuits Blog—CNET News, Jun. 22, 2010, 5 pages.
(Continued)

*Primary Examiner* - Arun C Williams
(74) *Attorney, Agent, or Firm* - Ascenda Law Group, PC

(57) **ABSTRACT**

This communication apparatus makes it possible to have a non-contact charging module and a sheet antenna coexist, even in the case where there the non-contact charging module and the sheet antenna in the communication apparatus. The apparatus is provided with: a housing; a secondary-side non-contact charging module, which is housed in the housing, receives power by means of electromagnetic induction, and has a first coil having a conducting wire wound thereon, and a first magnetic sheet facing the first coil; and an NFC antenna, which is housed in the housing,
(Continued)

