# EXHIBIT K



🇺🇸 An official website of the United States government
Here's how you know ⌄

Back to home

🖶 **Pay maintenance fees**   🛒 **Order certified copies**   🌐 **Global Dossier**   ⬇ **Download**   🖨 **Print**

## 13/607,931 | 5109-SOV-0706:

### WIRELESS BASE STATION AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION SYSTEM

PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 13/607,931 | 5936 | 5109-SOV-0706 | 8,902,871 ☐<br>Download PDF ⬇<br>Issued - 12/02/2014 |

| Filing or 371 (c) date | Status |
|---|---|
| 09/10/2012 | Patented Case 11/12/2014 |

≡ Show/hide menu

## Address & Attorney/Agent Information

| Power of attorney | Correspondence address | Maintenance fee address |
|---|---|---|
| **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | No maintenance fee address found |
| FAHMI, TAREK          41402<br>(408) 799-0612 | FAHMI, TAREK          41402<br>(408) 799-0612 | No attorney/agent data found |
| TSAO, JONATHAN        61241<br>(408) 547-7040 | TSAO, JONATHAN        61241<br>(408) 547-7040 | |



### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                          **Subscribe**

About the USPTO   ·   Search for patents   ·   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov



🇺🇸 An official website of the United States government
Here's how you know ⌄

**Back to home**

💳 Pay maintenance fees      🛒 Order certified copies      🌐 Global Dossier      ⬇ Download      🖨 Print

## 14/747,164 | 5109-SOV-0708:

## WIRELESS BASE STATION AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION SYSTEM

[ PUBLIC VIEW ]

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 14/747,164 | 3034 | 5109-SOV-0708 | 9,357,441 ↗ Download PDF ⬇ Issued - 05/31/2016 |

| Filing or 371 (c) date | Status |
|---|---|
| 06/23/2015 | Patented Case 05/11/2016 |

☰ Show/hide menu

## Address & Attorney/Agent Information

| Power of attorney | Correspondence address | Maintenance fee address |
|---|---|---|
| **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | No maintenance fee address found |
| FAHMI, TAREK  41402<br>(408) 799-0612 | FAHMI, TAREK  41402<br>(408) 799-0612 | No attorney/agent data found |
| TSAO, JONATHAN  61241<br>(408) 547-7040 | TSAO, JONATHAN  61241<br>(408) 547-7040 | |



### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                                    **Subscribe**

About the USPTO   ·   Search for patents   ·   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov



🇺🇸 An official website of the United States government
Here's how you know ⌄

Back to home

📧 **Pay maintenance fees**      🛒 **Order certified copies**      🌐 **Global Dossier**      ⬇ **Download**      🖨 **Print**

## 13/983,617 | 5109-SOV-2048:

### NONCONTACT CONNECTOR APPARATUS AND SYSTEM USING INDUCTIVE COUPLING BETWEEN COILS

PUBLIC VIEW

| **Application #** | **Confirmation #** | **Attorney Docket #** | **Patent #** |
|---|---|---|---|
| 13/983,617 | 6626 | 5109-SOV-2048 | 9,620,282 ↗ Download PDF ⬇ Issued - 04/11/2017 |

| **Filing or 371 (c) date** | **Status** |
|---|---|
| 08/05/2013 | Patented Case 03/22/2017 |

☰ **Show/hide menu**

## Address & Attorney/Agent Information

| Power of attorney | Correspondence address | Maintenance fee address |
|---|---|---|
| **27571 - Ascenda Law Group, PC** 2150 N First Street Suite 420 San Jose, CA 95131 UNITED STATES | **27571 - Ascenda Law Group, PC** 2150 N First Street Suite 420 San Jose, CA 95131 UNITED STATES | No maintenance fee address found |
| FAHMI, TAREK          41402 (408) 799-0612 | FAHMI, TAREK          41402 (408) 799-0612 | No attorney/agent data found |
| TSAO, JONATHAN          61241 (408) 547-7040 | TSAO, JONATHAN          61241 (408) 547-7040 | |



### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| your@email.com | **Subscribe** |

About the USPTO   •   Search for patents   •   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov



🇺🇸 An official website of the United States government
Here's how you know ⌄

Back to home                    💳 Pay maintenance fees    🛒 Order certified copies    🌐 Global Dossier    ⬇ Download    🖨 Print

## 15/142,258 | 5109-SOV-0705:

### WIRELESS BASE STATION AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION SYSTEM

[PUBLIC VIEW]

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 15/142,258 | 8600 | 5109-SOV-0705 | 10,039,144 ↗ |
|  |  |  | Download PDF ⬇ |
|  |  |  | Issued - 07/31/2018 |

| Filing or 371 (c) date | Status |
|---|---|
| 04/29/2016 | Patented Case 07/11/2018 |

☰ Show/hide menu

## Address & Attorney/Agent Information

| Power of attorney | Correspondence address | Maintenance fee address |
|---|---|---|
| **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | No maintenance fee address found |
| FAHMI, TAREK          41402<br>(408) 799-0612 | FAHMI, TAREK          41402<br>(408) 799-0612 | No attorney/agent data found |
| TSAO, JONATHAN          61241<br>(408) 547-7040 | TSAO, JONATHAN          61241<br>(408) 547-7040 | |



### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com          **Subscribe**

About the USPTO  ·  Search for patents  ·  Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov



🇺🇸 An official website of the United States government
Here's how you know ⌄

**Back to home**

🖃 Pay maintenance fees    🛒 Order certified copies    🌐 Global Dossier    ⬇ Download    🖨 Print

## 16/055,852 | 5109-SOV-2115:

### ELECTRONIC DEVICE INCLUDING NON-CONTACT CHARGING MODULE

PUBLIC VIEW

**Application #**
16/055,852

**Confirmation #**
7036

**Attorney Docket #**
5109-SOV-2115

**Patent #**
10,468,913 ⬈
Download PDF ⬇
Issued - 11/05/2019

**Filing or 371 (c) date**
08/06/2018

**Status**
Patented Case 10/16/2019

☰ **Show/hide menu**

## Address & Attorney/Agent Information

| Power of attorney | Correspondence address | Maintenance fee address |
|---|---|---|
| **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | **27571 - Ascenda Law Group, PC**<br>2150 N First Street<br>Suite 420<br>San Jose, CA 95131<br>UNITED STATES | No maintenance fee address found |
| FAHMI, TAREK          41402<br>(408) 799-0612 | FAHMI, TAREK          41402<br>(408) 799-0612 | No attorney/agent data found |
| TSAO, JONATHAN     61241<br>(408) 547-7040 | TSAO, JONATHAN     61241<br>(408) 547-7040 | |



### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| your@email.com | **Subscribe** |

About the USPTO   ·   Search for patents   ·   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov