# EXHIBIT L

HMD Global Oy
Bertel Jungin aukio 9,02600 Espoo,Finland

Federal Communications Commission
Authorization and Evaluation Division
7435 Oakland Mills Road
Columbia, MD 21046
USA

Date: 08-03-2023

Ref:   Attestation Statements Part 2.911(d)(7) Filing
FCC ID: 2AJOTTA-1536,2AJOTTA-1541, 2AJOTTA-1558,2AJOTTA-1542

HMD Global Oy certifies that, as of the date of the filing of the application, HMD America Inc is our designated U.S. agent for service of process for the above referenced FCC ID. HMD Global Oy accepts to maintain an agent for no less than one year after the grantee has terminated all marketing and importation or the conclusion of any Commission-related proceeding involving the equipment.

HMD America Inc accepts, as of the date of the filing of the application, the obligation of the designated U.S. agent for service of process for the above referenced FCC ID.

Designated U.S. Agent Information:
Name:  HMD America Inc
Address: 3900 Danwke Lane  Atianta , GA  30339
Contact Person:  Hwiqwn Zhang
Tel.: 404-502-3330
Email: henry.zhang@hmdglobal.com

Sincerely,

| [Insert applicant name] | HMD Global Oy |
|---|---|
| (Applicant printed name) | Reza Serafat |
| (US Local Agent FRN number) | 0033427337 |
| (Applicant signature) | *[signature]* |
| US Local Agent signature | *[signature: Hwiqwn Zhang]* |

Rev 1/26/2023