# EXHIBIT M

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending December 31, 2023**

| | | | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,649 | 1,095 | 1,011 | 66,588 | 10,785 | 23,275 | 7,711 | 1,616 | 1,429 |
| | Terminations | | 2,576 | 1,285 | 1,056 | 41,900 | 10,638 | 23,716 | 8,559 | 1,755 | 1,634 |
| | Pending | | 2,782 | 1,324 | 932 | 272,861 | 8,375 | 5,581 | 5,795 | 1,593 | 1,322 |
| | Percent Change in Total Filings Current Year | Over Last Year | 11.3 | 5.3 | -6.1 | 129.0 | 6.6 | 122.5 | 13.4 | -2.8 | -8.6 |
| | | Over 2018 | -10.6 | -23.6 | -12.1 | 1,604.8 | 0.1 | 77.3 | -0.8 | -13.9 | -12.5 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months ¹ | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 331 | 365 | 337 | 16,647 | 719 | 1,293 | 701 | 404 | 476 |
| | | Civil | 232 | 270 | 164 | 16,553 | 614 | 1,189 | 632 | 312 | 339 |
| | | Criminal Felony | 61 | 81 | 95 | 63 | 78 | 76 | 50 | 77 | 81 |
| | | Supervised Release Hearings | 39 | 14 | 78 | 32 | 27 | 28 | 19 | 16 | 56 |
| | Pending Cases | | 348 | 441 | 311 | 68,215 | 558 | 310 | 527 | 398 | 441 |
| | Weighted Filings ¹ | | 310 | 346 | 318 | 11,472 | 668 | 1,085 | 637 | 370 | 410 |
| | Terminations | | 322 | 428 | 352 | 10,475 | 709 | 1,318 | 778 | 439 | 545 |
| | Trials Completed | | 23 | 27 | 44 | 24 | 16 | 24 | 20 | 16 | 21 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.7 | 11.8 | 8.9 | 10.6 | 9.9 | 8.2 | 15.9 | 15.2 | 11.0 |
| | | Civil ¹ | 8.8 | 11.6 | 9.9 | 18.3 | 5.4 | 0.0 | 6.8 | 8.9 | 7.5 |
| | From Filing to Trial ¹ (Civil Only) | | 37.2 | - | 24.4 | 18.5 | 30.1 | 23.1 | 31.0 | 22.0 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 360  17.3 | 182  20.3 | 33  6.3 | 151,505  55.6 | 447  6.9 | 137  3.6 | 272  6.0 | 87  8.7 | 80  10.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 | 1.5 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 34.4 | 46.8 | 35.6 | 43.3 | 48.6 | 43.5 | 41.5 | 54.5 | 44.0 |
| | | Percent Not Selected or Challenged | 37.0 | 32.1 | 17.3 | 26.4 | 35.2 | 13.8 | 36.8 | 55.6 | 33.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."