IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HMD GLOBAL and HMD GLOBAL OY,<br><br>       Defendant, | Civil Action No. 6:23-cv-759-ADA<br><br>JURY TRIAL |

**PLAINTIFF'S NOTICE OF INTENT TO CONDUCT VENUE DISCOVERY**

In accordance with the Court's Standing Order Governing Proceedings (OGP) 4.4 – Patent Cases, Plaintiff Sovereign Peak Ventures, LLC ("SPV") hereby provides notice of its intent to conduct venue discovery on HMD Global Oy's Sealed Motion to Transfer Venue Under 28 U.S.C. § 1404 to the Southern District of Florida, thereby delaying its response to the motion to transfer.

Dated: April 9, 2024

Respectfully submitted,

*/s/ Cabrach J. Connor*
Cabrach J. Connor
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee
jennifer@clands.com
Texas Bar No. 24046950
John M. Shumaker
john@clands.com

    Texas Bar No. 24033069
    **CONNOR LEE & SHUMAKER PLLC**
    609 Castle Ridge Road, Suite 450
    Austin, Texas 7874
    512.646.2060 Telephone
    888.387.1134 Facsimile

    *Counsel for Plaintiff Sovereign Peak Ventures, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

    */s/ Cabrach J. Connor*
    Cabrach J. Connor