IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 6:23-cv-759 |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL and HMD GLOBAL OY, | § § § | |
| Defendant. | § § | |

**NOTICE OF EXTENSION OF ALL DEADLINES
IN VIEW OF SETTLEMENT IN PRINCIPLE**

Defendant HMD Global Oy ("HMD Global") hereby provides notice to the Court that the parties have reached an agreement in principle to resolve all issues in dispute. The parties need additional time to finalize their settlement and file appropriate dismissal papers. Therefore, HMD Global provides notice of a 14-day extension, extending the April 26, 2024, deadline to May 10, 2024.

Date:   April 26, 2024                             Respectfully submitted,

                                                                    /s/ Valerie Barker
                                                                   Brian Banner (Texas Bar No. 24059416)
                                                                   Valerie Barker (Texas Bar No. 24087141)
                                                                   SLAYDEN GRUBERT BEARD PLLC
                                                                   401 Congress Ave., Suite 1650
                                                                   Austin, Texas 78701
                                                                   +1 (512) 402-3569
                                                                   +1 (512) 402-6865 facsimile

                                                                   Matthew S. Warren (California Bar No. 230565)
                                                                   Erika H. Warren (California Bar No. 295570)
                                                                   Francesca M. S. Germinario
                                                                   (California Bar No. 326208)
                                                                   WARREN KASH WARREN LLP
                                                                   2261 Market Street, No. 606
                                                                   San Francisco, California, 94114

+1 (415) 895-2940
+1 (415) 895-2964 facsimile
23-759@cases.warrenlex.com

*Attorneys for HMD Global Oy*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, the foregoing was served on all counsel of record through the CM/ECF system.

*/s/ Valerie Barker*_____
Valerie Barker