**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** | |
| **Plaintiff,** | **Civil Action No. 6:23-cv-759-ADA** |
| **v.** | |
| **HMD GLOBAL and HMD GLOBAL OY,** | **JURY TRIAL** |
| **Defendant,** | |

**JOINT NOTICE OF EXTENSION OF ALL DEADLINES**
**AND TO FILE DISMISSAL DOCUMENTS**

On April 26, 2024 Defendant HMD Global Oy ("HMD Global") reported to the Court that the parties had resolved in principle all matters in controversy between them and needed additional time to finalize the settlement and file dismissal papers. (Dkt. 22).

The parties hereby report to the Court that they are in the process of finalizing the agreement.  This extension is not sought to delay the resolution of this case.

Therefore, the parties provide notice of a twenty-one day extension, extending the May 10, 2024 deadlines to May 31, 2024.

Dated:  May 10, 2024

Respectfully submitted,

*/s/ Cabrach J. Connor*
Cabrach J. Connor
cab@clands.com

Texas Bar No. 24036390
Jennifer Tatum Lee
jennifer@clands.com
Texas Bar No. 24046950
John M. Shumaker
john@clands.com
Texas Bar No. 24033069
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 7874
512.646.2060 Telephone
888.387.1134 Facsimile

*Counsel for Plaintiff Sovereign Peak Ventures, LLC*


*/s/ Valerie Barker*
Brian Banner
(Texas Bar No. 24059416)
Valerie Barker
(Texas Bar No. 24087141)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
512.402-3569 Telephone
512.402.6865 Facsimile

Matthew S. Warren
(California Bar No. 230565)
Erika H. Warren
(California Bar No. 295570)
Francesca M. S. Germinario
(California Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
415.895-2940
414.895.2694 Facsimile
23-759@cases.warrenlex.com

*Attorneys for HMD Global Oy*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Cabrach J. Connor*
Cabrach J. Connor