# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,**<br><br>　　　　**Plaintiff,**<br>v.<br><br>**HMD GLOBAL and HMD GLOBAL OY,**<br><br>　　　　**Defendant,** | Civil Action No. 6:23-cv-759-ADA<br><br>JURY TRIAL |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Sovereign Peak Ventures, LLC and Defendant HMD Global Oy, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated May 13th, 2024, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  May 24, 2024

Respectfully submitted,

*/s/ Cabrach J. Connor*
Cabrach J. Connor
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee
jennifer@clands.com
Texas Bar No. 24046950
John M. Shumaker
john@clands.com
Texas Bar No. 24033069
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 7874
512.646.2060 Telephone
888.387.1134 Facsimile

*Counsel for Plaintiff Sovereign Peak Ventures, LLC*

*/s/ Brian Banner*
Brian Banner (Texas Bar No. 24059416)
Valerie Barker (Texas Bar No. 24087141)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
+1 (512) 402-3569
+1 (512) 402-6865 facsimile

Matthew S. Warren (California Bar No. 230565)
Erika H. Warren (California Bar No. 295570)
Francesca M. S. Germinario
(California Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
23-759@cases.warrenlex.com

*Attorneys for Defendant HMD Global Oy*

## CERTIFICATE OF SERVICE

I certify that on May 24, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Cabrach J. Connor*
Cabrach J. Connor