# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HMD GLOBAL and HMD GLOBAL OY,**<br><br>Defendant, | **Civil Action No. 6:23-cv-759-ADA**<br><br>**JURY TRIAL** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff SOVEREIGN PEAK VENTURES, LLC and Defendant HMD GLOBAL OY in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff SOVEREIGN PEAK VENTURES, LLC and Defendant HMD GLOBAL OY are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled, "SETTLEMENT AND LICENSE AGREEMENT" and dated May 13, 2024.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this ___ day of _____, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE